PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
DeCARLO, CONNOR & SHANLEY
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone:  213/488-4100
Telecopier:  213/488-4180

E-FILED 7/2/2010

JS-6

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit ; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> HENKEL ACOUSTICS AND SPECIALTIES CO., an Arizona corporation formerly known as HENKEL BURKE BUILDING SPECIALTIES CO., an Arizona corporation; DAVID WAYNE HENKEL, an individual; LITA BURKE, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 09-8577 GAF(RZx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Before the Honorable <br> Gary A. Feess <br><br> DATE: June 7, 2010 <br> TIME:  9:30 a.m. <br> CTRM:  740 |

This case came for hearing on June 7, 2010 before the Honorable Gary A. Feess, United States District Court Judge.

It appearing that defendant, HENKEL ACOUSTICS AND SPECIALTIES CO., an Arizona corporation, formerly known as HENKEL BURKE BUILDING

1  SPECIALTIES CO., an Arizona corporation, having been regularly served with
2  process, having failed to plead or otherwise defend this action and their default
3  having been entered; on application of the CARPENTERS SOUTHWEST
4  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE
5  CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered
6  the papers and arguments submitted in support thereof, and good cause appearing
7  therefore,

8      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
9  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
10 BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
11 have judgment AGAINST HENKEL ACOUSTICS AND SPECIALTIES CO., an
12 Arizona corporation, formerly known as HENKEL BURKE BUILDING
13 SPECIALTIES CO., an Arizona corporation as follows:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $205,662.89 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to May 10, 2010 (accruing at $39.78 per day) | 29,308.23 |
| 3. | Interest pursuant to 29 U.S.C.A. 1132(g)(2)(C) (double interest on contributions) | 29,308.23 |
| Sub-Total | | $264,279.35 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 7,748.46 |
| GRAND TOTAL | | $272,027.81 |

22  ////
23
24  ////
25
26  ////
27
28  ////

5.    Plus costs to be determined after entry of judgment.

6.    Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of __0.29__ % per annum.

DATED: July 2, 2010                  __/s/ Gary Feess_____
                                        THE HONORABLE GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO, CONNOR & SHANLEY
A Professional Corporation


By:  __/s/ Margaret R. Gifford   6/29/10__
      MARGARET R. GIFFORD
      Attorney for Plaintiffs